IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DIANNE L. JONES                                                                                       PLAINTIFF

v.                                            Civil No. 6:20-cv-6041

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION                                                                                  DEFENDANT

**ORDER**

Before the Court is the Report and Recommendation filed on September 7, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 29.   Judge Bryant recommends that Plaintiff's Motion for Attorney's Fees (ECF No. 27) be granted.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Upon consideration, the Court adopts the Report and Recommendation (ECF No. 29), and Plaintiff's Motion (ECF No. 27) is **GRANTED**.

Accordingly, the Court finds that Plaintiff is entitled to compensation under the Equal Access to Justice Act ("EAJA") in the amount of $5,547.40.  This award represents 17.80 attorney hours at an hourly rate of $203.00 for work performed in 2020, 6.70 attorney hours at an hourly rate of $206.00 for work performed in 2021, and costs of $553.80.  This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

**IT IS SO ORDERED**, this 1st day of October, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge